UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Case No. _____ -Civ

WESLEY ODOM,

    Plaintiff,

vs.

MORGAN STANLEY SMITH BARNEY LLC,
and CITIGROUP INC.,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1441, Defendants Morgan Stanley Smith Barney LLC ("MSSB") and Citigroup Inc. ("Citigroup") (collectively "Defendants") hereby remove this lawsuit from the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida. The grounds for removal are as follows:

### Plaintiffs' Allegations

1. Plaintiff worked as a financial advisor for Smith Barney Asset Management, LLC. (Compl. ¶ 7.)

2. During Odom's employment, Smith Barney Asset Management, LLC was owned by Citigroup, but Odom alleges that in January 2009 Citigroup announced the sale of Smith Barney Asset Management, LLC to MSSB. (Compl. ¶¶ 9, 46.)

3. On January 10, 2011, Plaintiff commenced this action in the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida.

### This Court Has Original Jurisdiction Under 28 U.S.C. § 1331

4.  A civil action commenced in state court may be removed to federal court if the notice of removal is timely and the federal court has original jurisdiction. 28 U.S.C. §§ 1441(a), 1446(b).

5.  This Notice of Removal is timely. Plaintiff served both Citigroup and MSSB with the Complaint on January 19, 2011. *See* Exhibit A to Decl. of Elizabeth L. Bevington. Consequently, this Notice of Removal is being filed within the thirty days set forth in 28 U.S.C. § 1446(b).

6.  This Court has original jurisdiction. Under 28 U.S.C. § 1331, federal courts have original jurisdiction of "all civil actions arising under the Constitution, laws, or treaties of the United States."

7.  Plaintiff asserts a claim against Citigroup under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"). (Compl. ¶¶ 92-101.) The Exchange Act is a law of the United States. *See* 15 U.S.C. § 78a *et seq.* Moreover, the federal courts have <u>exclusive</u> jurisdiction of claims brought under the Exchange Act. *See* 15 U.S.C. § 78aa ("The district courts of the United States and the United States courts of any Territory or other place subject to the jurisdiction of the United States shall have exclusive jurisdiction of violations of this Act or the rules and regulations thereunder, and of all suits in equity and actions at law brought to enforce any liability or duty created by this Act or the rules and regulations thereunder.").

8.  The Court has supplemental jurisdiction over the state law claims. 28 U.S.C. § 1441(c).

### This Court Also Has Original Jurisdiction Under 28 U.S.C. § 1332

9. This Court also has original jurisdiction under 28 U.S.C. § 1332(a), which provides that federal courts have original jurisdiction of civil actions where there is complete diversity between the parties and the amount-in-controversy exceeds $75,000.

10. There is complete diversity between the parties. According to the Complaint, Plaintiff is a Florida resident. (Compl. ¶ 1.) Defendant Citigroup is a Delaware corporation with its principal place of business in New York. (Compl. ¶ 3.) *See* 28 U.S.C. § 1332(c) (stating that a corporation is deemed to be a citizen of any state in which it is incorporated and where it has its principal place of business). Defendant MSSB is a Delaware limited liability company with its principal place of business in New York. *See Rolling Greens MHP, LP v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) (holding that "a limited liability company is a citizen of any state of which a member of the company is a citizen"). MSSB's sole member is Morgan Stanley Smith Barney Holdings LLC ("MSSBH LLC"), which is a Delaware limited liability company with its principal place of business in New York. The members of MSSBH LLC are Citigroup Global Markets Inc. ("CGMI"), MS Gamma Holdings LLC, and Morgan Stanley JV Holdings LLC. CGMI is a New York corporation with its principal place of business in New York. The sole member of MS Gamma Holdings LLC is Morgan Stanley International Holdings, Inc., a Delaware corporation with its principal place of business in New York. The members of Morgan Stanley JV Holdings LLC are Morgan Stanley Commercial Financial Services, Inc., a Delaware corporation with its principal place of business in New York; MS Beta Holdings LLC, a Delaware limited liability company with its principal place of business in New York; and MS Alpha Holdings LLC, a Delaware limited liability company with its principal place of business in New York. The sole member of MS Beta Holdings LLC is MS Financing Inc. which is a Delaware corporation with its principal place of business in New York. The sole

member of MS Alpha Holdings LLC is Morgan Stanley & Co. Incorporated which is a Delaware corporation with its principal place of business in New York.

11. The amount-in-controversy exceeds $75,000. *See*, Complaint ¶ 56 (claiming losses in excess of $600,000). (Compl. ¶ 56.)

**Reservation of Right to Compel Arbitration**

12. Defendants expressly reserve their right to compel Plaintiff to arbitrate, not litigate, his claims.

**Compliance With Removal Requirements**

13. In accordance with 28 U.S.C. § 1446(d), Defendants will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida.

14. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the Circuit Court are being submitted herewith. *See* Exhibit A to Decl. of Elizabeth L. Bevington.

**WHEREFORE,** Defendants remove this action from the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida.

Dated: February 16th, 2011
Tallahassee, Florida

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Elizabeth Bevington, Esq.
Florida Bar No. 503339
email: elizabeth.bevington@hklaw.com
315 South Calhoun Street
Suite 600
Tallahassee, FL 32301
Telephone: (850) 425-5606
Facsimile: (850) 224-8832

*Attorneys for Defendants Morgan Stanley Smith Barney LLC and Citigroup Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by regular U.S. Mail this 16TH day of February, 2011 to:

Robert N. Clarke, Jr.
Martin B. Sipple, Esq.
AUSLEY & McCULLEN, P.A.
227 South Calhoun Street
P.O. Box 391 (zip 32302)
Tallahassee, FL 32301

Bradley S. Odom, Esq.
KIEVIT, ODOM & BARLOW
635 West Garden Street
Pensacola, FL 32502

*Attorneys for Plaintiffs*

_____
Elizabeth Bevington

#10110837_v3