UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WESLEY ODOM,

     Plaintiff,

      vs.                           Case No. 3:11-cv-00075-RS-EMT

CITIGROUP GLOBAL MARKETS INC.,
and CITIGROUP INC.,

     Defendants.
_____/

## **NOTICE OF SETTLEMENT**

     The parties hereby notify the Court, pursuant to N. D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between the parties.  Plaintiff requests that the Court retain jurisdiction over this matter for sixty (60) days to enforce the terms of the settlement and to address other matters as may be necessary.  The Plaintiff will file a Voluntary Dismissal with Prejudice of this case upon final execution of the settlement paperwork and fulfillment of the obligations contained therein.  The parties respectfully request this Court cancel the pretrial conference scheduled for December 1 and the trial scheduled for December 8.

Respectfully submitted this 26th day of November, 2014.

2

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| AUSLEY & McMULLEN, P.A. | HOLLAND & KNIGHT LLP |

/s/Martin B. Sipple           /s/Kevin Cox

| Robert N. Clarke, Jr. | Tracy Nichols |
|---|---|
| Fla. Bar No. 0592900 | Fla. Bar No. 07850 |
| Martin B. Sipple | 701 Brickell Ave., Ste. 3300 |
| Fla. Bar No. 0135399 | Miami, FL 33131 |
| 123 South Calhoun Street | (305) 374-8500 - telephone |
| Tallahassee, Florida 32301 | (305) 789-7799 - facsimile |
| (850) 224-9115 – telephone | |
| (850) 222-7560 – facsimile | Stephen T. Ball |
| | Fla. Bar No. 716121 |
| KIEVIT, ODOM & BARLOW | 200 S. Orange Ave., Ste. 2600 |
| Bradley S. Odom | Orlando, FL 32801 |
| Fla. Bar No. 932868 | (407) 425-8500 – telephone |
| 1800 North E Street | (407) 244-5288 – facsimile |
| Pensacola, Florida 32501 | |
| (850) 434-3527 – telephone | Kevin Cox |
| | Fla. Bar No. 34020 |
| | 315 S. Calhoun St., Ste. 600 |
| | Tallahassee, FL 32301 |
| | (850) 224-7000 – telephone |
| | (850) 224-8832 -- facsimile |