IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WESLEY ODOM,**

    **Plaintiff,**

v.                             **CASE NO. 3:11-cv-75-RS-EMT**

**CITIGROUP GLOBAL MARKETS
INC., and CITIGROUP INC.,**

    **Defendants.**
_____/

## ORDER

Before me is the Notice of Settlement (Doc. 162). Pursuant to N.D. Fla. Loc. R. 16.2(D), **IT IS ORDERED**:

1. This case is dismissed with prejudice from the active docket of the court.

2. In the event that the settlement between these parties is not consummated, the Court reserves jurisdiction, upon motion filed by any party within 60 days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on November 26, 2014.

**/s/ Richard Smoak**
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**